UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-571

| | |
|---|---|
| **TIFFANY GRANTT REEP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **NANCY A. BERRYHILL, Acting Commissioner** ) | |
| **of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Admission Pro Hac Vice of Lindsay F. Osterhout. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Admission Pro Hac Vice (#3) of Lindsay F. Osterhout is **GRANTED**. Ms. Osterhout is admitted to practice before the Bar of this Court while appearing with Mr. Eaglin in this particular case.

Signed: September 26, 2017

Max O. Cogburn Jr
United States District Judge

-1-